```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


DARLENE PHERSON,

                      Plaintiff,

vs.                                     Case No. 2:06-cv-59-FtM-29SPC

JO ANNE BARNHART, Commissioner of
Social Security,

                      Defendant.
_____
```

**OPINION AND ORDER**

This matter is before the Court on consideration of Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #17), filed on January 16, 2007, recommending that the Commissioner's decision to deny social security disability benefits be affirmed. Plaintiff filed Objections (Doc. #18) on February 2, 2007.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as adequate to support a conclusion. Moore v. Barnhart, 405 F.3d 1206, 1211 (11th Cir. 2005); Crawford, 363 F.3d at 1158. Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if the decision

reached is supported by substantial evidence.  <u>Crawford</u>, 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  <u>Moore</u>, 405 F.3d at 1211; <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  <u>Dyer</u>, 395 F.3d at 1210; <u>Shinn v. Comm'r of Soc. Sec.</u>, 391 F.3d 1276, 1282 (11th Cir. 2004); <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004).

The Objections assert that the ALJ erred in the following ways: (1) Failing to properly address the opinions of Dr. Schultz and Dr. Ijewere; and (2) Improperly rejecting the opinion of Dr. Moyer.  After an independent review, the Court agrees with the findings, conclusions, and recommendations in the Report and Recommendation. As the Report and Recommendation states (Doc. #17, pp. 24-26), the ALJ properly considered the opinion of Dr. Ijewere, who had examined plaintiff once, and Dr. Schultz, who had examined plaintiff twice.  Additionally, in light of the record in this case, the ALJ was entitled to give Dr. Moyer's opinion no weight because, as the Report and Recommendation states (Doc. #17, pp. 19-22), there was good cause to reject it.

Accordingly, it is now

**ORDERED**:

1.   The Report and Recommendation (Doc. #17) is **accepted** and **adopted** by the Court.

2.   The Decision of the Commissioner of Social Security is **affirmed**.

3.   The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __12th__ day of February, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
U.S. Magistrate Judge

Counsel of Record